Sammy Joe ELMORE *v.*
STATE of Arkansas

672 S.W.2d 48

Supreme Court of Arkansas
Opinion delivered July 9, 1984

*John Wesley Hall, Jr.,* for appellant.

*Steve Clark,* Att'y Gen., by: *Theodore Holder,* Asst.
Att'y Gen., for appellee.

PER CURIAM. Appellant, Sammy Joe Elmore, by his
attorneys, John Wesley Hall, Jr., and Tom Hinds, has filed a
motion for rule on the clerk.

The motion admits that the transcript of the case was
not timely filed and it was no fault of the appellant. His
attorneys admit that the transcript was filed late due to a
mistake on their part.

We find that such an error, admittedly made by the
attorneys for a criminal defendant, is good cause to grant the
motion. See our Per Curiam opinion dated February 5, 1979,
In Re: Belated Appeal in Criminal Cases.

A copy of this opinion will be forwarded to the
Committee on Professional Conduct.